**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| Jermaine A. Boyce,<br><br>Plaintiff,<br><br>v.<br><br>Exel Inc. d/b/a DHL Supply Chain,<br><br>Defendant. | ) Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT EXEL INC. d/b/a DHL SUPPLY CHAIN'S NOTICE OF REMOVAL

TO:     JOSEPH D. DICKEY, JR., ESQUIRE, ATTORNEY FOR PLAINTIFF:

Defendant Exel Inc. d/b/a DHL Supply Chain (hereinafter "Defendant" or "DHL") without waiving any rights or defenses, hereby gives Notice of Removal of the above-captioned action to the United States District Court for the District of South Carolina, Greenville Division, from the Court of Common Pleas, County of Greenville, State of South Carolina (Civil Action No. 2019-CP-23-00522), pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1332, 28 U.S.C. § 1441 and 28 U.S.C. § 1446.

DHL has attached, as **Exhibit 1**, copies of all process and pleadings which Plaintiff served upon DHL in said action and further shows the Court:

1.     The above-action was originally filed on February 5, 2019, in the Court of Common Pleas for Greenville County, South Carolina. Plaintiff filed an Amended Complaint in the Court of Common Pleas for Greenville, South Carolina on February 15, 2019.

2.     Counsel for Defendant accepted service of the Amended Summons and Complaint on February 15, 2019.

3.     Defendant has not yet served an Answer or other responsive pleadings to the Complaint or the Amended Complaint.

FPDOCS 35031644.1

4.     This Court has jurisdiction over the subject matter of this case pursuant to 28 U.S.C. § 1331 because Plaintiff's causes of action arise under federal law.  Specifically, Plaintiff's Complaint alleges violations of Title VII of the Civil Rights Act of 1964 and Title VII of the Civil Rights Act of 1991 (hereinafter "Title VII"), 42 U.S.C. §§2000e *et seq.*, the Age Discrimination and Employment Act (hereinafter "ADEA"), 29 U.S.C. §§ 621 *et seq.*, and 42 U.S.C. § 1981.  Under 28 U.S.C. § 1331, United States District Courts have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States. Therefore, Plaintiff's claims under Title VII, the ADEA, and 42 U.S.C. § 1981 arise under the laws of the United States, the Court has jurisdiction over these claims, and removal is proper.

5.     This Court also has jurisdiction over the subject matter of this case pursuant to 28 U.S.C. § 1332 because the case is a civil action between citizens of different states where the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.  Plaintiff seeks "actual and compensatory damages for economic and non-economic injuries," "punitive damages," "reasonable attorney's fees and costs and expert fees and costs."  (Compl. Prayer for Relief).  Although Plaintiff's Prayer for Relief is for an unspecified amount, the fact that he seeks "actual and compensatory damages" as well as "punitive damages" demonstrates that the amount in controversy exceeds $75,000.  *See Woodward v. Newcourt Commercial Fin. Corp.*, 60 F. Supp. 2d 530, 532 (D.S.C. 1999) (holding that a claim for punitive damages "makes it virtually impossible to say that the claim is for less than the jurisdictional amount"); *see also McClurkin v. Champion Labs., Inc.*, 2011 W.L. 5117599 at *3 (D.S.C. Oct. 25, 2011) (finding that even though the plaintiff's actual damages may be less than $75,000, the fact that the plaintiff also sought punitive damages increased the amount in controversy to above $75,000 as "the plaintiff's bar rarely seeks less than ten times damages for punitive damages.").  Plaintiff is a resident of Greenville County, South Carolina.  Defendant is incorporated under the laws of the

2

State of Massachusetts and maintains its principal place of business in the State of Ohio. Accordingly, this Court has federal diversity jurisdiction over these claims.

6.       Pursuant to 28 U.S.C. § 1367, the Court has supplemental jurisdiction over Plaintiff's claims under S.C. Code Ann. §§ 1-13-80 *et seq.* as this claim is so related to Plaintiff's claims under Title VII, the ADEA, and 42 U.S.C. § 1981 that they form part of the same case or controversy under Article III of the United States Constitution.

7.       This Notice of Removal was filed with this Court within thirty (15) days of counsel for Defendant accepting service of the Amended Summons and Complaint in the State Action, and this matter is, therefore, timely removed pursuant to 28 U.S.C. § 1446(b).

8.       Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

9.       The state court from which this action was removed, and in which this action was commenced, is within this Court's District.

10.      This Notice of Removal is being filed contemporaneously with the Clerk of Court for Greenville County, South Carolina, as required by 28 U.S.C. § 1446(d).

11.      By copy of this Notice of Removal, and in accordance with the attached Certificate of Service, Defendant is providing notice to Plaintiff in this action and advising Plaintiff of this filing pursuant to 28 U.S.C. § 1446(d).

12.      In the event any question arises as to the propriety of removal of this action, Defendant requests the opportunity to present briefs, oral arguments and, if necessary, affidavits and other evidence in support of its position that removal is proper.

FPDOCS 35031644.1

WHEREFORE, Defendant hereby gives notice that the above-referenced action now pending in the Court of Common Pleas of Greenville County, South Carolina, has been removed to this Court.

Respectfully submitted,

FISHER & PHILLIPS LLP


By: s/Stephen C. Mitchell
    Stephen C. Mitchell (FID 5880)
    smitchell@fisherphillips.com
    Nicole P. Cantey (FID 6551)
    ncantey@fisherphillips.com
    Post Office Box 11612
    Columbia, South Carolina 29211
    Telephone: (803) 255-0000
    Facsimile: (803) 255-0202

    ATTORNEYS FOR DEFENDANT EXEL INC.
    d/b/a DHL Supply Chain

Dated this 4th day of March, 2019.

FPDOCS 35031644.1